**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAVID KLAR,

        Petitioner

        v.

DAIRY FARMERS OF AMERICA, INC., A
CORPORATION, AND ROGER J.
WILLIAMS, AN INDIVIDUAL,

        Respondents

: No. 25 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Superior Court of Pennsylvania, by extending the holdings in controlling authority, erred in holding that a non-licensed host who invites guests to an event for purposes that are not purely social, and requires those who wish to attend to pay a fee in exchange for alcohol that will be provided on a self-serve-drink all you want basis, is not liable to an innocent third party who is injured as the result of a guest who left the event and was provided alcohol while visibly intoxicated during the event?